IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SHAKERI EDMONSON                                                                  PLAINTIFF

VS.                                                         CIVIL ACTION NO.: 3:15-cv-321-CWR-LRA

ASURION SERVICES, LLC                                                             DEFENDANT

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Asurion Services, LLC ("Asurion" or "Defendant") states that its parent companies are National Electronics Warranty Customer Service Companies, LLC; Asurion, LLC; Lonestar Intermediate Holdings, LLC; Lonestar Super Holdings, LLC; and NEW Asurion Corporation, all of which are privately held. Defendant further states that no publicly held company owns 10% or more of its stock.

Respectfully submitted, this the 17th day of February, 2016.

                                              ASURION SERVICES, LLC,
                                              Defendant

                                   By: */s/ Paula Graves Ardelean*
                                       PAULA GRAVES ARDELEAN (MB# 4975)
                                       W. MACKIN JOHNSON (MB# 104285)

                                       ITS ATTORNEYS

OF COUNSEL:

BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
Tel: (601) 985-4407
Fax: (601) 985-4500
paula.ardelean@butlersnow.com
mackin.johnson@butlersnow.com

## **CERTIFICATE OF SERVICE**

I, Paula Graves Ardelean, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all registered attorneys:

Wanda Abioto, Esq.
3742 Fairoaks
Memphis, TN 38122
Abiotolaw@gmail.com

ATTORNEY FOR PLAINTIFF

SO CERTIFIED this 17th day of February, 2016.

*/s/ Paula Graves Ardelean*
PAULA GRAVES ARDELEAN